IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

GRADY RENARD WILLIAMS, JR.,

    Petitioner,

v.

GEORGIA DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.

CIVIL ACTION NO.: 6:17-cv-150

## **ORDER**

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 4), to which Petitioner Grady Renard Williams, Jr. ("Williams") failed to file Objections. Instead, seemingly in response to the Magistrate Judge's recommendation of dismissal for Williams's failure to pay the filing fee or move to proceed *in forma pauperis*, Williams filed an "International Bill of Exchange" asserting an "exemption as Principal for full settlement and closure of escrow." (Doc. 5.) This filing is neither a valid objection to the Report and Recommendation nor a proper response to Williams's filing fee deficiency. Moreover, Williams has a history of responding in this manner when courts have noted his failure to pay the requisite filing fee or move to proceed *in forma pauperis* and subsequently proceeded to dismiss his case. See, e.g., R. & R., Williams v. Mallard, 4:17-cv-90 (S.D. Ga. June 29, 2017), ECF No. 5 (dismissing Williams's complaint for failure to prosecute where he submitted an "international promissory note" rather than paying the filing fee or moving *in forma pauperis*); R. & R., Williams v. Bryson, 4:16-cv-334 (S.D. Ga. Jan. 17, 2017), ECF No. 6 (same).

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court. The Court **DISMISSES without prejudice** Williams's Petition for Writ of Habeas Corpus, brought pursuant to 28 U.S.C. § 2241, and **DENIES** Williams leave to proceed *in forma pauperis* on appeal. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 7th day of March, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA